IN THE SUPREME COURT OF TEXAS

 No. 10-0294

 IN RE MICHAEL WOLFE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's request for temporary emergency stay, filed April 28,
2010, is granted. The trial court order dated March 26, 2010, in Cause No.
2010-07021, styled Harris County Department of Educuation, Angie Chesnut,
Roy Morales, Jim Henley, and Debra Kerner v. Michael Wolfe, in the 281st
District Court of Harris County, Texas, and the deposition scheduled for
April 30, 2010 are stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., May 14,
2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 29, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk